### 14676.   SHELNUTT *v.* DAVIS.

LUKE, J. The evidence demanded the verdict. The special grounds of the motion for a new trial, complaining of the charge to the jury and the ruling of the court upon the admissibility of evidence, and the ground as to newly discovered evidence, are wholly without merit. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 3, 1923.

Complaint; from Haralson superior court—Judge Irwin. April 17, 1923.

*I. N. Cheney, Taylor Smith,* for plaintiff in error.

*Griffith & Matthews,* contra.